# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHNNY JONES,

    Petitioner,

vs.

RENEE BAKER, *et al.*,

    Respondents.

Case No. 3:15-cv-320-HDM-WGC

**ORDER**

    This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner.  On December 28, 2015, petitioner filed a request for a status update in this case.  (ECF No. 11).  Petitioner is informed that on December 22, 2015, respondents filed a motion to dismiss the petition, along with supporting exhibits.  (ECF Nos. 9 & 10).  The certificate of service attached to the motion to dismiss indicates that the motion and supporting exhibits were served on petitioner at High Desert State Prison.  (ECF No. 9, at p. 19).  Within 15 days of the date of entry of this order, respondents shall serve petitioner with the motion to dismiss and supporting exhibits at his current address at Ely State Prison.  Thereafter, the parties shall comply with Rule 7-2 of the Local Rules of Civil Practice regarding briefing the motion.  Under Local Rule 7-2, petitioner has 14 days in which to file and serve on opposing counsel a response to the motion to dismiss once he is properly served with the motion.  Once served with the response, respondents have 7 days to file a reply.  Additionally, petitioner is advised that, pursuant to Rule 2-2 of the Local Rules of

Special Proceedings and Appeals, he must file with the Court and serve on opposing counsel notice of any change of address.

**IT IS THEREFORE ORDERED** that within **fifteen (15) days** of the date of entry of this order, respondents **SHALL SERVE** the motion to dismiss and supporting exhibits (ECF Nos. 9 & 10) on petitioner at his current address at Ely State Prison, P.O. Box 1989, Ely, NV 89301. Within **fifteen (15) days** of the date of entry of this order, respondents **SHALL FILE** a notice with the Court indicating that they have served the motion and exhibits on petitioner at his current address.

**IT IS FURTHER ORDERED** that the parties shall comply with Rule 7-2 of the Local Rules of Civil Practice regarding briefing the motion to dismiss.

**IT IS FURTHER ORDERED** that pursuant to Rule 2-2 of the Local Rules of Special Proceedings and Appeals, petitioner **SHALL FILE** with the Court and **SERVE** on opposing counsel notice of any change of address. Failure to do so may result in dismissal of this action.

**IT IS FURTHER ORDERED** that the Clerk of Court **SHALL SEND** petitioner the CM/ECF docket printout for this case.

Dated this 30th day of December, 2015.

*/s/ Howard D. McKibben*
_____
HOWARD D. McKIBBEN
UNITED STATES DISTRICT JUDGE