AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

JOHNNY LEE JONES III,

    Petitioner,

v.

RENEE BAKER, et al.,

    Respondent(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **3:15-cv-00320-HDM-WGC**

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Respondents' motion to dismiss (ECF No. 9) is **granted.**

**IT IS FURTHER ORDERED** that this action is **dismissed with prejudice** as untimely.

**IT IS FURTHER ORDERED** that petitioner is **denied** a Certificate of Appealability.

August 16, 2016

**LANCE S. WILSON**
Clerk

/s/ K. Rusin
Deputy Clerk