# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JOHNNY JONES,

*Petitioner*,

vs.

TIMOTHY FILSON, *et al.*,

*Respondents.*

Case No. 3:15-cv-00320-HDM-WGC

ORDER

   IT IS ORDERED, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, that respondents' motion (ECF No. 34) for substitution of respondent is GRANTED and that Timothy Filson is substituted for Renee Baker as a respondent herein.

   DATED: November 15, 2016.

_____
HOWARD D. MCKIBBEN
United States District Judge