UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOHNNY LEE JONES III,       )
                            )
        Petitioner,          )
                            )          3:15-cv-00320-HDM-WGC
    v.                      )
                            )
TIMOTHY FILSON, et al.,     )          **ORDER**
                            )
        Respondents.         )
                            )
_____ )

On December 1, 2017, the Ninth Circuit Court of Appeals reversed this court's order dismissing the petition in this case as untimely and remanded for further proceedings on petitioner's claim that he is entitled to equitable tolling. Accordingly, petitioner is hereby directed to file a supplemental brief within forty-five days of the date of this order addressing why he is entitled to equitable tolling based on (1) his use of certain medication from December 2005 through January 2007, and (2) his trial counsel's failure to file a direct appeal. Respondents shall have thirty days from service of any supplemental brief within which to file a response, and petitioner

shall have thirty days from service of the response within which to file any reply.

IT IS SO ORDERED.

DATED: This 8th day of January, 2018.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE