**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHNNY LEE JONES III, | ) |
| Petitioner, | ) |
| | ) 3:15-cv-00320-HDM-WGC |
| v. | ) |
| | ) |
| TIMOTHY FILSON, et al., | ) **ORDER** |
| | ) |
| Respondents. | ) |

Petitioner's motion for enlargement of time (ECF No. 42) is GRANTED. Petitioner shall have up to and including March 26, 2018, within which to file a supplemental brief as directed in the court's order of January 8, 2018.

IT IS SO ORDERED.

DATED: This 1st day of March, 2018.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE