# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY LEE JONES III, | ) |
| Petitioner, | ) |
| | ) 3:15-cv-00320-HDM-WGC |
| v. | ) |
| | ) |
| TIMOTHY FILSON, et al., | ) **ORDER** |
| | ) |
| Respondents. | ) |

On January 8, 2018, the court entered an order directing petitioner to file a supplemental brief addressing why he is entitled to equitable tolling based on (1) his use of certain medication from December 2005 through January 2007, and (2) his trial counsel's failure to file a direct appeal. (ECF No. 41). On February 28, 2018, the court granted petitioner an extension of time to file his supplemental brief, to and including March 26, 2018. As of this date, petitioner has not filed any supplemental brief or request for extension of time to do so.

Accordingly, IT IS HEREBY ORDERED that petitioner shall file a

supplemental brief in response to the court's order of January 8, 2018, within fifteen (15) days of the date of this order. Failure to do so may result in the dismissal of this action with prejudice.

IT IS SO ORDERED.

DATED: This 14th day of May, 2018.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE