**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JOHNNY LEE JONES III, | ) | |
| Petitioner, | ) | |
| | ) | 3:15-cv-00320-HDM-WGC |
| v. | ) | |
| | ) | |
| TIMOTHY FILSON, et al., | ) | **ORDER** |
| | ) | |
| Respondents. | ) | |

Petitioner's motion for an extension of time (ECF No. 45) is GRANTED. Petitioner shall file a response to the court's order of January 8, 2018, on or before June 28, 2018.

IT IS SO ORDERED.

DATED: This 6th day of June, 2018.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE